# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUERTOS ROASTERS, LLC, a limited liability company formed under the laws of the State of California,<br><br>Plaintiffs,<br><br>vs.<br><br>LUKE SCHNEIDER, an individual and resident of the State of Illinois, LAWRENCE WALTON, an individual and resident of the State of Illinois, FIRE DEPARTMENT COFFEE, INC., a corporation formed under the laws of the State of Illinois, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:22-cv-0051-JAM-KJN**<br><br>**ORDER GRANTING SECOND STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 143, 144)**<br><br>Complaint Served: January 16, 2022<br><br>Current Response Date: February 21, 2022<br><br>Proposed New Response Date: March 21, 2022 |

Having reviewed the Parties' Second Stipulation to Extend Time to Respond, and good cause having been shown, the following is so ordered:

Defendants Fire Department Coffee, Inc.'s and Luke Schneider's time to file first responsive pleadings to Plaintiff's Complaint shall be extended from February 21, 2022, to March 21, 2022.

IT IS SO ORDERED.

DATED: February 18, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE