# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUERTOS ROASTERS, LLC, a limited liability company formed under the laws of the State of California,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LUKE SCHNEIDER, an individual and resident of the State of Illinois, LAWRENCE WALTON, an individual and resident of the State of Illinois, FIRE DEPARTMENT COFFEE, INC., a corporation formed under the laws of the State of Illinois, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 2:22-cv-0051-JAM-KJN**<br><br>**ORDER GRANTING THIRD STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 143, 144)**<br><br>Complaint Served: January 16, 2022<br><br>Current Response Date: March 21, 2022<br><br>Proposed New Response Date: April 20, 2022 |

Having reviewed the Parties' Third Stipulation to Extend Time to Respond, and good cause having been shown, the following is so ordered:

Defendants Fire Department Coffee, Inc.'s and Luke Schneider's time to file first responsive pleadings to Plaintiff's Complaint shall be extended from March 21, 2022, to April 20, 2022.

IT IS SO ORDERED.

DATED: March 18, 2022     /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE