THE LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiff,
Muertos Roasters, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUERTOS ROASTERS, LLC, a limited liability company formed under the laws of the State of California,<br><br>            Plaintiff,<br><br>      v.<br><br>LUKE SCHNEIDER, an individual and resident of the State of Illinois, LAWRENCE WALTON, an individual and resident of the State of Illinois, FIRE DEPARTMENT COFFEE, INC., a corporation formed under the laws of the State of Illinois, and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No.: 2:22-cv-00051-JAM-KJN<br><br>**[PROPOSED] ORDER RE: *EXPARTE* APPLICATION TO ENLARGE TIME TO COMPLETE THE LONGFORM SETTLEMENT AGREEMENT WITH CONSENT**<br><br><br>**Magistrate Judge: Jeremy D. Peterson** |

1
2   Having considered the arguments made in Plaintiff's *EX PARTE* Application
3 for a Continuance with Consent, and having found good cause, the Court hereby
4 GRANTS the Plaintiff's *EX PARTE* Application and continues the deadline to
5 finalize the longform settlement agreement by 30 days.
6
7 IT IS SO ORDERED.
8
9
10 Dated: October 18, 2022                    _____
11                                            United States Magistrate Judge
12                                            Jeremy D. Peterson
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[PROPOSED]* **ORDER RE:** *EX PARTE* **APPLICATION TO ENLARGE TIME TO COMPLETE THE LONGFORM SETTLEMENT AGREEMENT WITH CONSENT** – Page 2