THE LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiff,
Muertos Roasters, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUERTOS ROASTERS, LLC, a limited liability company formed under the laws of the State of California,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUKE SCHNEIDER, an individual and resident of the State of Illinois, LAWRENCE WALTON, an individual and resident of the State of Illinois, FIRE DEPARTMENT COFFEE, INC., a corporation formed under the laws of the State of Illinois, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-00051-JAM-KJN<br><br>[~~PROPOSED~~] ORDER RE: SECOND *EX PARTE* APPLICATION TO ENLARGE TIME TO COMPLETE THE LONGFORM SETTLEMENT AGREEMENT WITH CONSENT<br><br><br>**Magistrate Judge: Jeremy D. Peterson** |

1  
2  Having considered the arguments made in Plaintiff's Second *EX PARTE*
3  Application for a Continuance with Consent, and having found good cause, the
4  Court hereby GRANTS the Plaintiff's Second *EX PARTE* Application and
5  continues the deadline to finalize the long-form settlement agreement by 30 days.
6  
7  IT IS SO ORDERED.
8  
9  
10  Dated: November 30, 2022    _____
11                              JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE