THE LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiff,
Muertos Roasters, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUERTOS ROASTERS, LLC, a limited liability company formed under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>LUKE SCHNEIDER, an individual and resident of the State of Illinois, LAWRENCE WALTON, an individual and resident of the State of Illinois, FIRE DEPARTMENT COFFEE, INC., a corporation formed under the laws of the State of Illinois, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-00051-JAM-KJN<br><br>**[PROPOSED] ORDER RE: SECOND *EXPARTE* APPLICATION TO ENLARGE TIME TO COMPLETE THE LONGFORM SETTLEMENT AGREEMENT WITH CONSENT**<br><br><br>**Magistrate Judge: Jeremy D. Peterson** |

Having considered the arguments made in Plaintiff's Second *EX PARTE* Application for a Continuance with Consent, and having found good cause, the Court hereby GRANTS the Plaintiff's Second *EX PARTE* Application and continues the deadline to finalize the long-form settlement agreement to January 3, 2023.

IT IS SO ORDERED.

Dated:  December 1, 2022                                    _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE