**FORTIS LLP**
Andrew R. Nelson (SBN 214895)
Kelly K. Pfeiffer (SBN 223468)
650 Town Center Drive Suite 1530
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2995
anelson@fortislaw.com
kpfeiffer@fortislaw.com

Attorneys for Defendants LUKE SCHNEIDER and FIRE DEPARTMENT COFFEE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUERTOS ROASTERS, LLC, a limited liability company formed under the laws of the State of California, | CASE NO.: 2:22-cv-00051-KJM-KJN |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION [FRCP 41(a)(1)]** |
| v. | |
| LUKE SCHNEIDER, an individual and resident of the State of Illinois, LAWRENCE WALTON, an individual and resident of the State of Illinois, FIRE DEPARTMENT COFFEE, INC., a corporation formed under the laws of the State of Illinois, and DOES 1 through 10, inclusive, | Complaint Filed: January 6, 2022 |
| Defendants. | |

- 1 -
NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION [FRCP 41(a)(1)]

FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CALIFORNIA 92626
TEL 714-839-3800 • FAX 714-795-2995

1   IT IS HEREBY STIPULATED between Plaintiff Muertos Roasters, LLC ("Muertos"), Defendant Luke Schneider ("Schneider"), and defendant Fire Department Coffee, Inc. ("FDC") that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

The parties agree to bear their own fees and costs.

Dated: March 28, 2023              THE LAW OFFICE OF KEVIN M. WELCH


/S/ Kevin M. Welch
(as authorized on [3/28/23]) L.R. 131(e)
KEVIN M. WELCH
Attorneys for Plaintiff MUERTOS ROASTERS, LLC

Dated: March 29, 2023              FORTIS LLP


/S/Andrew R. Nelson
ANDREW R. NELSON
Attorneys for Defendants LUKE SCHNEIDER AND FIRE DEPARMENT COFFEE, INC.

- 2 -
NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION [FRCP 41(a)(1)]

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on March 29, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2023.

/S/ ANDREW R. NELSON

Andrew R. Nelson